UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:24-cr- 00215-JA-DCI
18 U.S.C. § 371

KAYLAH SIMONE DACOSTA

## INFORMATION

The United States Attorney charges:

### COUNT ONE

At times relevant to this Information:

### Introduction

1. Defendant KAYLAH SIMONE DACOSTA ("DACOSTA") resided in the Middle District of Florida.

2. Neighborhood Advance Tax, LLC ("NAT") was a Limited Liability Company owned and operated by Franklin L. Carter Jr. ("Carter"), Emmanuel M. Almonor ("Almonor"), and Jonathan Carrillo ("Carrillo"), with offices throughout the Middle District of Florida.

3. In 2019 and 2020, DACOSTA worked as a tax preparer at NAT. Other tax preparers at NAT included Diandre T. Mentor ("Mentor"), Abryle Y. de la Cruz ("Cruz"), Adon O. Hemley ("Hemley"), and Isaiah J. Hayes ("Hayes").

4. The Internal Revenue Service ("IRS") was and is an agency of the U.S. Department of Treasury responsible for administering the tax laws of the United States and collecting taxes owed to the United States.

5. The IRS Schedule C, Profit or Loss From Business ("Schedule C") is a form that can be attached to a U.S. Individual Income Tax Return to claim income or loss for a sole proprietorship business.

6. The IRS Schedule A, Itemized Deductions ("Schedule A") is a form that can be attached to a U.S. Individual Income Tax Return to claim deductions from one's income.

## The Conspiracy to Defraud the United States

7. From at least in or about January 2019 and continuing through at least in or about April 2020, in the Middle District of Florida, and elsewhere, the defendant,

KAYLAH SIMONE DACOSTA,

did knowingly and willfully combine, conspire, confederate, and agree with Carter, Almonor, Carrillo, Mentor, Cruz, and other persons known and unknown to the Grand Jury, to defraud the United States for the purpose of impeding, impairing, obstructing, and defeating the lawful government functions of the IRS in the ascertainment, computation, assessment, and collection of federal income taxes.

## Overview of the Conspiracy

8. DACOSTA, Carter, Almonor, Carrillo, Mentor, Cruz, Hemley, and Hayes, together with other persons known and unknown to the Grand Jury, promoted and executed a scheme to unlawfully enrich themselves and others by making false claims to the IRS for tax refunds.

2

9. In furtherance of the scheme, members of the conspiracy established NAT and caused its tax preparation services to be advertised to taxpayers.

10. To execute the scheme, DACOSTA and other co-conspirators prepared and filed, and caused to be prepared and filed, false and fraudulent tax forms, including U.S. Individual Income Tax Returns ("Forms 1040"), Schedule A forms, and Schedule C forms. The Schedule A forms falsely claimed, among other items, unreimbursed employee expenses, other taxes, and gifts to charity. The Schedule C forms falsely claimed, among other items, business income, business expenses, and business losses. The falsely claimed items in turn fraudulently reduced the taxpayers' stated income and increased their refunds.

11. As a result of the false claims in the Schedule A and Schedule C forms, DACOSTA and her co-conspirators obtained tax refunds for taxpayers that were well in excess of the refunds to which the taxpayers were entitled. Because of the excessive tax refunds that DACOSTA and her co-conspirators obtained for taxpayers, they were able to charge high fees to taxpayers that unjustly enriched DACOSTA and her co-conspirators.

## Manner and Means of the Conspiracy

12. The manner and means by which DACOSTA and her co-conspirators sought to accomplish the object of the conspiracy included, among other things, the following:

3

13. It was part of the conspiracy that DACOSTA and other co-conspirators would and did attend trainings at which Carter, Almonor, Carrillo, Mentor, Cruz, and others instructed NAT employees on how to prepare fraudulent tax returns.

14. It was further part of the conspiracy that DACOSTA and other co-conspirators would and did prepare and file, and cause to be prepared and filed, on behalf of taxpayers, fraudulent Schedule A forms that included, among other false items, false unreimbursed employee expenses, false other taxes, and false gifts to charity.

15. It was further part of the conspiracy that DACOSTA and other co-conspirators would and did prepare and file, and cause to be prepared and filed, on behalf of taxpayers, fraudulent Schedule C forms that included, among other false items, false business income, false business expenses, and false business losses.

16. It was further part of the conspiracy that DACOSTA and other co-conspirators would and did charge each NAT client between approximately $75 and $999 in fees to prepare and file the fraudulent tax returns.

17. It was further part of the conspiracy that Carter, Almonor, and other co-conspirators would and did instruct DACOSTA and other NAT tax preparers to falsify numbers on the Schedule A and Schedule C forms in order to obtain a maximum refund for each taxpayer, in which case the preparers were instructed to charge the taxpayer a maximum fee of $999, or in other words to "9-9-9" the clients.

## Overt Acts

18. On or about the dates set forth below, in the Middle District of Florida, in furtherance of the conspiracy, and to achieve the object thereof, DACOSTA prepared and filed, and caused to be prepared and filed, with the IRS Forms 1040, which were false in that they reported false Schedule A deductions, each such filing constituting a separate overt act:

| Overt Act | Approximate Date Filed | Taxpayer | Tax Year and Form | Amount of Schedule A Itemized Deductions Reported |
|---|---|---|---|---|
| i. | 2/7/2020 | R.A. | 2019 Form 1040 | $30,751 |
| ii. | 3/3/2020 | T.V. | 2019 Form 1040 | $28,828 |

All in violation of 18 U.S.C. § 371.

ROGER B. HANDBERG
United States Attorney

By: *Sarah Megan Testerman*
Sarah Megan Testerman
Assistant United States Attorney

By: *Chauncey A. Bratt*
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division