UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                CASE NO. 6:24-cr-215-JA-DCI

KAYLAH SIMONE DACOSTA

### NOTICE OF POSSIBLE CONFLICT OF INTEREST

To assist the Court in its responsibility of appointment of counsel pursuant to

Fed. R. Crim. P. 44, and Title 18, United States Code, Section 3006A, I certify that

the following attorneys may have a conflict of interest if appointed to represent the

above defendant because of representation of other individuals:

Ken Eulo
Matthew Ferry
Joseph Johnson
Jenna Kelly
Robert Mandell Asad Ali
Michael Nielsen
David Wilson
Brice Aikens                          Respectfully submitted,

                                      ROGER B. HANDBERG
                                      United States Attorney

                        By:   */s/ Sarah Megan Testerman*
                              Sarah Megan Testerman
                              Assistant United States Attorney
                              Florida Bar No. 0124884
                              400 W. Washington Street, Suite 3100
                              Orlando, Florida 32801
                              Telephone:  (407) 648-7500
                              Facsimile:   (407) 648-7643
                              E-mail: megan.testerman@usdoj.gov

**U.S. v. KAYLAH S. DACOSTA**                    **Case No. 6:24-cr-215-JA-DCI**

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2024, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to the following:

    Andrew Searle, Esq.
    Fritz Scheller, Esq.
    Counsel for Defendant


                                        */s/ Sarah Megan Testerman*
                                        Sarah Megan Testerman
                                        Assistant United States Attorney
                                        Florida Bar No. 0124884
                                        400 W. Washington Street, Suite 3100
                                        Orlando, Florida 32801
                                        Telephone:    (407) 648-7500
                                        Facsimile:    (407) 648-7643
                                        E-mail: megan.testerman@usdoj.gov