# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                              **CASE NO: 6:24-cr-215-JA-DCI**

**KAYLAH SIMONE DACOSTA**

_____

AUSA: Megan Testerman

Defense Attorney: Andrew Searle, Retained Counsel

| JUDGE: | **DANIEL C. IRICK**<br>United States Magistrate Judge | DATE AND TIME: | **September 18, 2024**<br>11:07 A.M. – 11:19 A.M. |
|---|---|---|---|
| Courtroom: | 5C | TOTAL TIME: | 12 minutes |
| DEPUTY CLERK: | T. Palmer | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/<br>webforms/digital-recording-<br>transcript-request-form |
| INTERPRETER: | None | PRETRIAL/PROB: | Ebonie Henderson-Larrame |

### CLERK'S MINUTES
### INITIAL APPEARANCE AND ARRAIGNMENT

Case called, appearances made, procedural setting by the Court.
Court advises defendant of her rights.
Court inquires of the defendant. No issue as to competency.
Government summarizes the counts in the Information and advises of the potential penalties.
Defendant waives right to indictment and enters a plea of not guilty. Scheduling order to enter.
Government ore tenus motion for release.
Motion granted.
Defendant released on their own recognizance.
Court adjourned.