AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
## FOR THE
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

UNITED STATES OF AMERICA                    WAIVER OF INDICTMENT

v.                                          Criminal No. 6:24-cr-215-JA-DCI

KAYLAH SIMONE DACOSTA

    I, Kaylah Simone Dacosta, the above-named defendant, who is accused of conspiracy to defraud the Internal Revenue Service, in violation of 18 U.S.C. § 371, being advised of the nature of the charge, the proposed Information, and of my rights, hereby waive prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment. Pursuant to Fed. R. Crim. P. 7(b), I will confirm this waiver in open court at arraignment or other hearing.

_____
KAYLAH SIMONE DACOSTA
Defendant

_____
Fritz Scheller, Esq.
Counsel for Defendant

_____
Andrew Searle, Esq.
Counsel for Defendant

Before _____
              Judicial Officer