UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.                                                   CASE NO. 6:24-cr-215-JA-DCI

**KAYLAH SIMONE DACOSTA**

AUSA: Megan Testerman

Defense Attorney: Fritz Scheller/Andrew Searle, Retained Counsel

| JUDGE: | **JOHN ANTOON II**<br>United States District Judge | DATE AND TIME: | **October 8, 2024**<br>1:58 P.M. – 2:34 P.M. |
|---|---|---|---|
| Courtroom: | 6B | TOTAL TIME: | **36 minutes** |
| DEPUTY CLERK: | Keitra Davis | REPORTER: | Nikki Peters<br>courttranscripts@outlook.com |
| INTERPRETER: | N/A | PRETRIAL/PROB: | No Appearance |

**CLERK'S MINUTES**
**CHANGE OF PLEA**

Case called. Appearances taken. Defendant sworn.

Court inquired of defendant and advised of rights, penalties, and elements of offense.

Government states facts it would intend to prove at trial.

Defendant proffered a plea of guilty to Count One of the Information. The Court accepts the plea and adjudicates the defendant guilty of Count One.

Court determines defendant's plea was knowingly, intelligently and voluntarily made.

Sentencing set for January 9, 2025, at 10:30 a.m. The defendant to remain on pretrial release pending sentence.

Probation Officer to prepare the Presentence Report.

Court is adjourned.