UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 6:24-cr-215-JA-DCI |
| KAYLAH SIMONE DACOSTA, | ) |
| Defendant. | ) |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING AND A REQUEST FOR EXTENSION OF DEADLINE FOR THE FILING OF SENTENCING MOTIONS AND/OR MEMORANDUMS**

The Defendant, Kaylah Simone Dacosta ("Ms. Dacosta"), by and through her undersigned counsel, hereby moves this Honorable Court to continue her sentencing for sixty (60) days, and requests an extension of the deadline for the filing of the sentencing motions and/or memorandums, to a future date that is consistent with the new sentencing date set by the Court in this matter. In further support thereof, Ms. Dacosta states as follows:

**STATEMENT OF FACTS**

*Relevant Procedural History*

On September 18, 2024, Ms. Dacosta voluntarily appeared for an initial

appearance/arraignment before this Court.  Doc. 16.  At this hearing, she formally waived her right to be indicted and agreed to proceed with the prosecution on an information that was previously filed by the government.  *See* Docs. 1, 3, 16, 17.  The Court also released Ms. Dacosta on her own recognizance.  Doc. 19.

On October 8, 2024, Ms. Dacosta entered a guilty plea to one count of conspiracy to defraud the Internal Revenue Service, in violation of 18 U.S.C. § 371, pursuant to a plea agreement she previously entered into with the government.  Docs. 4, 23.

Ms. Dacosta's sentencing is currently scheduled for January 9, 2025 at 10:30 a.m.  Doc. 24.  The current deadline for sentencing motions and memorandums is January 2, 2025.  *Id.*

*Grounds For Relief Sought*

Ms. Dacosta is substantially assisting the government but her cooperation cannot be completed by the current sentencing date of January 9, 2025.

The undersigned has conferred with Assistant United States Attorney Megan Testerman ("AUSA Testerman"), who is the prosecutor assigned to both Ms. Dacosta's case and the case in which Ms. Dacosta is cooperating.  Based on his communications with AUSA Testerman, the undersigned can represent to the Court that the parties are in agreement that a continuance of sixty (60) days is necessary in

2

order for the defendant's substantial assistance to the government to be completed prior to her sentencing.

In addition to the foregoing, Ms. Dacosta is currently a stay-at-home mother who cares for her two young children full-time. One of the children is a four-month-old infant and the other child is under two years of age.

## **MEMORANDUM OF LAW**

Under Federal Rules of Criminal Procedure Rule 32, "[t]he court must impose sentence without unnecessary delay," the Court may, however, "for good cause, change any time limits prescribed in this rule." Fed. R. Crim. P. 32(b). Additionally, pursuant to Rule 45, this Court may also extend a filing deadline for "good cause" where a party moves for such an extension "before the originally prescribed or previously extended time expires." *See* Fed. R. Crim. P. 45(b)(1)(A).

Based on the foregoing, there are good cause reasons justifying the requested continuance and extension. First, a continuance/extension would allow Ms. Dacosta to continue and complete her cooperation with the government, which will benefit her significantly at sentencing. Second, the requested relief would allow Ms. Dacosta to spend some additional time with her children, who are in their early formative years, prior to her proceeding to sentencing in this matter.

3

## CERTIFICATION OF CONFERRING WITH OPPOSING COUNSEL

The government does not oppose this motion to continue sentencing. In fact, the government will also benefit from the continuance as Ms. Dacosta is actively assisting the government in a pending criminal prosecution of other individuals.

## CONCLUSION

WHEREFORE, the Defendant, Kaylah Simone Dacosta, respectfully requests that this Court enter an Order: (a) continuing the sentencing for sixty (60) days; and (b) extending the deadline for sentencing motions and/or memorandum, such that said deadline corresponds to the new sentencing date set by the Court.

Respectfully submitted this 25th day of October 2024.

*/s/ Andrew C. Searle*
Andrew C. Searle
Florida Bar Number 0116461
Searle Law P.A.
200 East Robinson Street, Suite 1150
Orlando, Florida 32801
Telephone: 407-952-0642
Email: andrew@searle-law.com
Attorney for Kaylah Simone Dacosta

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel in this case on October 25, 2024.

> */s/ Andrew C. Searle*
> Andrew C. Searle
> Florida Bar Number 0116461
> Searle Law P.A.
> 200 East Robinson Street, Suite 1150
> Orlando, Florida 32801
> Telephone: 407-952-0642
> Email: andrew@searle-law.com
> Attorney for Kaylah Simone Dacosta