UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.                                             CASE NO. 6:24-cr-215-JA-DCI

**KAYLAH SIMONE DACOSTA**

AUSA: Megan Testerman

Defense Attorney: Fritz Scheller/Andrew Searle, Retained Counsel

| JUDGE: | **JOHN ANTOON II**<br>United States District Judge | DATE AND TIME: | **July 15, 2025**<br>11:06 A.M. – 12:10 P.M. |
|---|---|---|---|
| Courtroom: | 6B | TOTAL TIME: | **1 hour and 4 minutes** |
| DEPUTY CLERK: | Keitra Davis | REPORTER: | Nikki Peters<br>courttranscripts@outlook.com |
| INTERPRETER: | N/A | PRETRIAL/PROB: | No Appearance |

**CLERK'S MINUTES**
**SENTENCING**

Case called. Appearances taken. Defendant sworn.

The Court inquired with the defendant and advised of rights.

The Court addressed the PSR with the parties.

Mitigation statement by Mr. Scheller.

Defendant made a statement.

Oral argument by Ms. Testerman.

Defendant is adjudged guilty to Count One of the Information.

**SENTENCE IMPOSED as to** Count One of the Information.

**PROBATION**: 3 years as to Count One of the Information.

*Special conditions of Probation:*

The defendant shall participate in the Home Detention program for a period of 180 days. During this time, the defendant will remain at her place of residence except for employment and other activities approved in advance by the probation office. The defendant will be subject to the standard conditions of Home Detention adopted for use in the Middle District of Florida.

The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or obligating yourself for any major purchases without approval of the probation officer.

The defendant shall provide the probation officer access to any requested financial information.

The defendant shall refrain from engaging in any employment related to the preparation of tax returns.

The defendant shall cooperate with the Internal Revenue Service regarding all outstanding taxes, interest, and penalties relating to the offense of conviction.

The defendant shall cooperate in the collection of DNA.

The mandatory drug testing requirements of the Violent Crime Control Act are suspended. However, the defendant must submit to random drug testing not to exceed 104 tests per year.

**RESTITUTION:** You shall pay restitution in the amount of $675,995 to IRS-RACS, Attn: Mail Stop 6261, Restitution, 333 W. Pershing Avenue, Kansas City, MO 64108. This restitution obligation shall be payable to the Clerk, U.S. District Court, for distribution to the victims. Restitution shall be paid jointly and severally with Franklin L. Carter, Jr. and Jonathan Carrillo in the amount of $278,738; Abryle Y. De La Cruz in the amount of $10,792; Diantre T. Mentor in the amount of $390,950; and Adon O. Hemley in the amount of $396,270. You shall begin making payments of $350.00 per month, and this payment schedule shall continue unless the victim, the government, or the defendant, notifies the Court of a material change in the defendant's ability to pay and the Court modifies the schedule.

**FINE:** $20,000.00

**SPECIAL ASSESSMENT** of $100 is due immediately.

The Court accepts the plea agreement.

Defendant advised of right to appeal.

Court is adjourned.